UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                )    CASE NO: 06-44563-399
                                      )
DWIGHT EDWARD LAWRENCE                )
                                      )    CHAPTER 13
                                      )
                                      )
            DEBTOR(S)                 )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

| | |
|---|---|
| SPRINT NEXTEL<br>PO BOX 3326<br>6855 S DAYTON ST/BANKRUPTCY<br>DENVER CO<br>082883              80155-3326 | $        36.09 |

|  |  |
|---|---|
| | /s/ John V. LaBarge, Jr.<br>----------------------------------- |
| DATE: March 31, 2011 | JOHN V. LABARGE, JR.,<br>CHAPTER 13 TRUSTEE<br>P.O. Box 430908<br>St. Louis, MO 63143 |
| BG -091 | (314) 781-8100   trust33@ch13stl.com |